Mary Dibbell, appellee, v. Checker Taxi Company, appellant. Gen. No. 33,004.

Opinion filed April 17, 1929.

Cook & Albert, for appellant; Clyde C. Fisher, of counsel. Philip Rosenthal and Stuart B. Krohn, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Helen M. Higgins, appellant, v. Albie C. Dejmek, appellee. Gen. No. 33,053.

Opinion filed April 17, 1929.

Daniel M. Healy and Lee D. Mathias, for appellant. Darrow, Smith & Cronson, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Walter J. Petesch, trading as Walter J. Petesch & Company, appellee, v. Christ L. Carson, appellant. Gen. No. 33,113.

Opinion filed April 17, 1929.

Loucks, Eckert & Peterson, for appellant; W. W. Patterson, of counsel. Edward Sager and Coburn, Kearney & Coburn, for appellee; Marshall V. Kearney, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Joseph Kominsky and Charles Ross, trading as Economy Plumbing & Heating Company, appellees, v. B. Bortz, appellant. Gen. No. 33,132.

Opinion filed April 17, 1929.

Louis R. Connell, for appellant; B. M. Shaffner, of counsel. Joseph J. Levin, for appellees; B. M. Steiner, of counsel.

Mr. Justice Wilson delivered the opinion of the court.